UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> APPROXIMATELY 64,695 POUNDS ) <br> OF SHARK FINS, ) <br> ) <br> Defendant. ) <br> ) | Case No. 03cv0594-BTM(LSP) <br><br> ORDER GRANTING JOINT MOTION FOR (1) DISBURSEMENT OF FUNDS; (2) PAYMENT OF ATTORNEY FEES AND COSTS PURSUANT TO 28 U.S.C. §2465(b)(1); (3) CERTIFICATE OF REASONABLE CAUSE; AND (4) DISMISSAL OF CASE WITH PREJUDICE |

The United States of America, by and through its counsel, Karen P. Hewitt, United States Attorney, and Mary C. Lundberg, Assistant U.S. Attorney and claimant, Tai Loong Hong Marine Products, Limited ("Claimant"), by and through its attorney, Bryan Y.Y. Ho, filed a Joint Motion for (1) Disbursement of Funds; (2) Payment of Attorney Fees and Costs Pursuant to 28 U.S.C. §2465(b)(1); (3) Certificate of Reasonable Cause; and (4) Dismissal of Case with Prejudice.

The Court, having duly considered the representations of counsel set forth in the Joint Motion, as well as in the Declaration of Bryan Y.Y. Ho submitted in support of the Joint Motion AND GOOD CAUSE APPEARING:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. The Parties' Joint Motion is GRANTED.

2. The Clerk of the Court shall immediately disburse to Claimant $618,956.00 plus accrued interest, less the 10% of accrued interest the Clerk of the Court is entitled to retain pursuant to Local Rule 123-3(d). The check disbursing the funds shall be made payable to "Tai Loong Hong Marine

1  Products, Limited ," and may be delivered to Claimant's attorneys, Gordon and Rees, LLP or Bryan
2  Y.Y. Ho, AAL, ALC.

3      3.    The Court finds that Claimant has substantially prevailed in this civil forfeiture
4  proceeding and is entitled to recover reasonable attorney's fees and other litigation costs pursuant to
5  28 U.S.C. §2465(b)(1).

6      4.    The United States shall pay claimant $127,881.95 in full and complete satisfaction of its
7  claim for attorney fees and costs, which the Court finds to be both reasonable in amount and incurred
8  and paid by Claimant in connection with the seizure and attempted forfeiture of its shark fins by the
9  United States in this case.  Payment of the attorney's fees and costs shall be made payable to Claimant
10 and transmitted through its attorney Bryan Y.Y. Ho, AAL, ALC.

11     3.    The Court also finds and certifies pursuant to 28 U.S.C. §2465(a)(2) that pursuant to the
12 stipulations of the parties set forth in the Joint Motion and the records and files of this case that
13 reasonable cause existed for the detention of the King Diamond II on the high seas, as well as for the
14 seizure and attempted forfeiture of Claimant's shark fins.

15     4.    Based on the representations set forth in the Joint Motion, the Court also finds that
16 Claimant has voluntarily waived any right to assert a claim for damages against the United States
17 arising out of detention of the King Diamond II on the high seas, the seizure and attempted forfeiture
18 of Claimant's shark fins.

19     5.    Neither the person or persons who made the seizure nor the prosecutor shall be liable to
20 suit or judgment on account of such seizure or attempted forfeiture.

21     6.    This case is dismissed in its entirety with prejudice.

DATED:   June 16, 2008

*[signature: Barry Ted Moskowitz]*

Honorable Barry Ted Moskowitz
United States District Judge